UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BING HUANG, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  - against –<br><br>ASSET RECOVERY SOLUTIONS, LLC and JOHN DOE 1-10,<br><br>        Defendant(s). | Docket No: 1:20-cv-2668<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE COURT:**

  **PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331 and 1446, Defendant Asset Recovery Solutions, LLC ("Defendant") hereby gives notice of the removal of this action from the Supreme Court of the State of New York, County of Kings, where it is now pending, to the United States District Court for the Eastern District of New York. In support of this Notice of Removal, Defendant states that:

  1. Plaintiff filed a Summons and Complaint in this action styled *Bing Huang, on behalf of himself and all others similarly situated v. Asset Recovery Solutions, LLC and John Doe 1-10,* bearing Index No. 504865/2020 before the Supreme Court of the State of New York, County of Kings. A copy of the Summons and Complaint is annexed hereto as Exhibit A.

  2. The Summons and Complaint alleges, in sum and substances, that the Defendant violated the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. and New York General Business Law §349. Accordingly, this action may be removed pursuant to 28 U.S.C. § 1441(a) as this Court has federal question jurisdiction under 28 U.S.C. §1331.

  3. Additionally, the Court has supplemental jurisdiction over any state law claims, to the extent such claims exist, pursuant to 28 U.S.C. § 1367.

4. This Notice of Removal is timely filed within thirty (30) days after Defendant first received a copy of the initial pleadings setting forth the claims for relief and existence of federal questions jurisdiction. 28 U.S.C. §1446(b); *See Boone v. Thane,* 07-CV-4358 (SLT)(VVP), 2009 WL 910556 at *2 (E.D.N.Y. March 31, 2009); citing *Fernandez v. Hale Trailer Brake & Wheel,* 332 F.Supp.2d 621, 624 (S.D.N.Y. 2004).

5. A civil cover sheet accompanies this Notice of Removal.

6. Written notice of this Notice of Removal will be filed in the Supreme Court of the State of New York, County of Kings.

**WHEREFORE,** Defendant Asset Recovery Solutions, LLC respectfully requests that this action be removed from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York.

Dated: New York, New York
       June 16, 2020

                         HINSHAW & CULBERTSON LLP
                         *Attorneys for Defendant*
                         *Asset Recovery Solutions, LLC*

By:   *s/Matthew B. Corwin*
      Matthew B. Corwin
      800 Third Avenue, 13th Floor
      New York, NY 10022
      Tel: (212) 471-6200
      Fax: (212) 935-1166
      Email: mcorwin@hinshawlaw.com

TO:  Simon Goldenberg, Esq.
      Law Office of Simon Goldenberg, PLLC
      818 East 16th Street
      Brooklyn, NY 11230
      (347) 640-4357
      *Attorneys for Plaintiff*