

**HINSHAW & CULBERTSON LLP**
Attorneys at Law

800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

Matthew B. Corwin
212-471-6220
mcorwin@hinshawlaw.com

June 17, 2020

<u>VIA ECF</u>
Judge Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:**  *Bing Huang, on behalf of himself and all others similarly situated v. Asset Recovery Solutions, LLC*
     **Index No. 1:20-cv-2668-AMD-RML**

Dear Judge Donnelly:

  We represent Defendant Asset Recovery Solutions, LLC (the "Defendant") in the above referenced matter.

  We are pleased to report that the parties have reached an agreement in principle to settle this matter. The parties are currently drafting the necessary papers to document the settlement and anticipate that a Stipulation of Dismissal will be filed within the next 60-days.

  We thank the Court for its attention to this matter.

            Respectfully submitted,

            HINSHAW & CULBERTSON LLP
            *Attorneys for Defendant*
            *Asset Recovery, Solutions, LLC*

            By: <u>*s/Matthew B. Corwin*</u>
              Matthew B. Corwin

cc: All Counsel of Record (Via ECF)

MBC:web